UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH G. CHARRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:10CV0061 JCH |
| | ) | |
| GENE ROXAS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion Requesting the Court to Compel Defendant to Comply with Discovery per Federal Rules 26-37 and Plaintiff's Renewal for Appointment of Counsel, filed on April 20, 2011. (Doc. No. 29). Upon review of the docket in this case, the Court believes that Defendant has addressed all of the issues identified by Plaintiff in Defendant Dr. Gene Roxas' Memorandum in Response to the Court's Order of March 24, 2011. (Doc. No. 30). Accordingly, the Court denies Plaintiff's motion to compel discovery.

Second, the Court again finds that the appointment of counsel is not warranted at this time. The Court notes that there is no constitutional or statutory right to appointed counsel in a civil case. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984). Plaintiff has demonstrated that he is able to frame the legal and factual issues for the Court and opposing counsel without the assistance of counsel. In addition, the facts and legal issues presented in this case are not so complex as to warrant the appointment of counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting the Court to Compel Defendant to Comply with Discovery per Federal Rules 26-37 and Plaintiff's Renewal for Appointment of Counsel (Doc. No. 29) is **DENIED**.

Dated this 27th day of April, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE